FRANK A. CASE ET AL. *vs.* THE CONNECTICUT COMPANY.

Second Judicial District.
Argued May 2d—decided July 19th, 1912.

ACTION to recover damages for the destruction of the plaintiff's automobile through collision with a trolley-car of the defendant, alleged to have been caused by its negligence, brought to the Superior Court in

New London County and tried to the jury before *Shumway, J.;* verdict for the plaintiffs for $1,100, which the trial judge set aside as against the evidence, and appeal by the plaintiffs. *No error.*

*Hadlai A. Hall* and *Charles Hadlai Hull,* for the appellants (plaintiffs).

*Michael Kenealy,* for appellee (defendant).

PER CURIAM. The evidence so clearly failed to show that the injury complained of was caused by the defendant's negligence, and that the plaintiffs' own negligence was not a proximate cause of it, that there was no error in setting the verdict aside.

There is no error.

From this opinion George W. Wheeler, J., dissented.